IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CANDICE R.                                    :          CIVIL ACTION

                                              :

          v.                                  :

                                              :

FRANK BISIGNANO,                              :          NO.  24-361

Commissioner of Social Security              :

## **O R D E R**

AND NOW, this 6th day of April 2026, upon consideration of Plaintiff's request

for review (Doc. 11), the response (Doc. 12), and after careful consideration of the

administrative record (Doc. 7), IT IS HEREBY ORDERED that:

1.   Judgment is entered affirming the decision of the Commissioner of Social
     Security and the relief sought by Plaintiff is DENIED; and

2.   The Clerk of Court is hereby directed to mark this case closed.

                                   BY THE COURT:

                                   /s/ Elizabeth T. Hey

                                   _____
                                   ELIZABETH T. HEY, U.S.M.J.